AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

*FILED AUG 13 2019 SOUTHERN DISTRICT OF MISSISSIPPI BY ARTHUR JOHNSTON DEPUTY*

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Mercedes MARTINEZ-Cordova a.k.a. Mercedes MARTINEZ-Cordoba | ) ) ) ) ) ) | Case No. 2:19 mj 19 - MTP |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 7, 2019__ in the county of __Jasper__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a)(1)& (2) | Illegal Reentry |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brent Druery, SA HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/13/2019 ~~08/15/2019~~

_____
*Judge's signature*

City and state: Jackson, Mississippi

MICHAEL T. PARKER, U.S. Mag. Judge
*Printed name and title*

## AFFIDAVIT FOR PROBABLE CAUSE FOR
## A COMPLAINT AND ARREST WARRANT

I, Brent Druery, being duly sworn, do hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with Homeland Security Investigations ("HSI"), assigned to the Resident Agent in Charge in Jackson, Mississippi. I have been so employed since November of 2002. I have received training and been assigned to conduct investigations of criminal violations of the United States Code as enumerated in Titles 8, 18, 19, 21, 22, 31 and various other federal statutes.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is being submitted in support of a criminal complaint against Mercedes MARTINEZ-Cordova a.k.a. Mercedes MARTINEZ-Cordoba, and, as such, does not include all the information known to me as part of this investigation, but only information sufficient to establish probable cause for the issuance of a criminal complaint against Mercedes MARTINEZ-Cordova a.k.a. Mercedes MARTINEZ-Cordoba for violating Title 8, United States Code, Sections 1326(a)(1) and (2), reentry of removed alien.

### PROBABLE CAUSE

3. On August 7, 2019, Immigration and Customs Enforcement (ICE) executed seven criminal and administrative search warrants at chicken processing company locations across the Southern District of Mississippi. During the execution of the search warrant at Peco Foods, 95 Commerce Drive, Bay Springs, Mississippi 39338, ICE officials encountered Mercedes MARTINEZ-Cordova a.k.a. Mercedes MARTINEZ-Cordoba (Alien # XXXXX9924), an illegal

alien from Mexico. Record checks for Mercedes MARTINEZ-Cordova a.k.a. Mercedes MARTINEZ-Cordoba revealed one prior removal by U.S. immigration officials. On or about January 15, 2004, Mercedes MARTINEZ-Cordova a.k.a. Mercedes MARTINEZ-Cordoba was encountered by U.S. immigration officials at the San Ysidro Port of Entry, California and was processed as an Expedited Removal. Mercedes MARTINEZ-Cordova a.k.a. Mercedes MARTINEZ-Cordoba was thereafter removed to Mexico from the San Ysidro Port of Entry, on or about January 16, 2004. Queries within ICE databases revealed Mercedes MARTINEZ-Cordova a.k.a. Mercedes MARTINEZ-Cordoba has not received consent from the Attorney General of the United States or Secretary of Homeland Security to apply for readmission, or to re-enter into the United States.

## CONCLUSION

4. Based on these underlying facts and circumstances, as set forth above, it is my belief that probable cause exists showing that Mercedes MARTINEZ-Cordova a.k.a. Mercedes MARTINEZ-Cordoba, is a citizen and national of Mexico, who reentered and was found in the United States after deportation and removal without having first obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a)(1) and (2).

Respectfully submitted,

_____
Brent Druery
Special Agent
Homeland Security Investigations

SWORN to before me on this __13__ day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE